## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALANA CAIN, ET AL.** | **CIVIL CASE** |
| **VERSUS** | **NO. 15-4479** |
| **CITY OF NEW ORLEANS, ET AL.** | **SECTION: R** |

### AND

| | |
|---|---|
| **JOSEPH T. LAFRANCE, ET AL.** | **CIVIL CASE** |
| **VERSUS** | **NO. 16-14439** |
| **CITY OF NEW ORLEANS, ET AL.** | **SECTION: R** |

### ORDER OF PARTIAL DISMISSAL

The Court having been advised by counsel that the plaintiffs and the Orleans Parish Sheriff have firmly agreed upon a compromise in both matters;

**IT IS ORDERED** that this action be and it is hereby dismissed as to the Orleans Parish Sheriff only in both Civil Action 15-4479 and 16-14439, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the actions against the Orleans Parish Sheriff if settlement is not consummated.  In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days.  *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**New Orleans, Louisiana, this 24th day of April, 2018.**

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**